UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID VENTURA,<br><br>                    Plaintiff,<br><br>    -against-<br><br>AMKC JANE DOE OFFICERS; AMKC JOHN DOE OFFICERS,<br><br>                    Defendants. | 21-CV-11132 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued April 12, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to state a claim on which relief may be granted because it is time-barred. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 12, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge